UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/10
```

Aquilino Hernandez,

        Plaintiff(s),

-against-

The Campbell Apartment,

        Defendant(s).

------------------------------------------------------------x

ORDER OF DISCONTINUANCE

09 Civ. 9727 ( )(FM)

        It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case, ~~for the limited purpose of entering this Order of Discontinuance~~, it is hereby FM

        ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York

             May 12, 2010

                                                          _____
                                                            FRANK MAAS
                                           United States Magistrate Judge

_____
Attorney(s) for Plaintiff
Justin Zeller

Agreed and Consented to:

_____

_____
Attorney(s) for Defendant
Richard I. Romeo

Agreed and Consented to:

_____